# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131027

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COURTNEY DEANDRE WILLIAMS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131027
COA: 267438
Genesee CC: 04-013587-FC

On order of the Court, the application for leave to appeal the March 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

p0918